FILED
CLERK, U.S. DISTRICT COURT
1/25/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>EUGENE YOUNG,<br><br>            Defendant. | No. 8:23-cr-00012-FWS<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 666(a)(1)(B): Bribery Concerning a Program Receiving Federal Funds] |

The United States Attorney charges:

[18 U.S.C. § 666(a)(1)(B)]

From in or around June 2016 to in or around July 2020, in Orange County, within the Central District of California, defendant EUGENE YOUNG, an employee and agent of OptumRX, an organization that received in any one-year period, including in calendar years 2016 to 2020, benefits in excess of $10,000 under a federal program involving a contract and other Federal assistance, corruptly solicited and demanded for the benefit of a person, and accepted and agreed to accept, something of value from a person, intending to be influenced and rewarded in connection with a business, transaction, and series of transactions of OptumRX having a value of $5,000 or more.

Specifically, defendant YOUNG solicited, demanded, and agreed to accept a series of bribe payments totaling approximately $155,000 from a person, intending to be influenced and rewarded in connection with credentialing that person's pharmacies, enabling the pharmacies to bill OptumRX when filling prescriptions of Medicare-eligible patients.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

DANIEL S. LIM
Assistant United States Attorney
Santa Ana Branch Office