1 E. MARTIN ESTRADA
United States Attorney
2 BENJAMIN R. BARRON
Assistant United States Attorney
3 Chief, Santa Ana Branch Office
LAWRENCE E. KOLE (Cal. Bar No. 141582)
4 Assistant United States Attorney
    411 West Fourth Street, Suite 8000
5    Santa Ana, California 92701
    Telephone: (714) 338-3594
6    Facsimile: (714) 338-3564
    E-mail: larry.kole@usdoj.gov
7
Attorneys for Plaintiff
8 UNITED STATES OF AMERICA

9

10                  UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                       SOUTHERN DIVISION

13 UNITED STATES OF AMERICA,            No. 8:23-cr-00012-FWS

14         Plaintiff,                    GOVERNMENT'S NOTICE OF
                                         REASSIGNMENT OF CRIMINAL CASE
15              v.

16 EUGENE YOUNG,

17         Defendant.

18

19     Plaintiff, United States of America, hereby advises the court

20 that the above-captioned case has been reassigned to a new Assistant

21 United States Attorney ("AUSA") as follows:

22

23

|                              | **Name**          | **E-mail Address**       |
| ---------------------------- | ----------------- | ------------------------ |
| **Previously Assigned AUSA** | DANIEL S. LIM     | daniel.lim@usdoj.gov     |
| **Newly Assigned AUSA**      | LAWRENCE E. KOLE  | larry.kole@usdoj.gov     |

24
25
26

27 //

28 //

                                1

1    Please make all necessary changes to the court's Case

2  Management/Electronic Case Filing system to ensure that the newly

3  assigned AUSA is associated with this case and receives all e-mails

4  relating to filings in this case.

5   Dated: February 3, 2023          Respectfully submitted,

6                                    E. MARTIN ESTRADA
                                     United States Attorney
7
                                     BENJAMIN R. BARRON
8                                    Assistant United States Attorney
                                     Chief, Santa Ana Branch Office
9
                                            /s/
10  _____
                                     LAWRENCE E. KOLE
                                     Assistant United States Attorney
11
                                     Attorneys for Plaintiff
12                                   UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2