

FILED
CLERK, U.S. DISTRICT COURT
FEB 1 3 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br>V.<br>Eugene Young<br>DEFENDANT | CASE NUMBER:<br>8:23-CR-12<br><br>**WAIVER OF INDICTMENT** |

I, **Eugene Young**, the above-named defendant, who is accused of **Theft or Bribery concerning programs receiving federal funds** in violation of **18 USC 666**, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on **2-13-23**, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

**1/20/23**
Date

**1-20-23**
Date

**2-13-2023**
Date

Defendant: *Eugene Young* (signature)

Counsel for Defendant (signature)

Before: **DOUGLAS F. McCORMICK**
Judicial Officer

---

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

Date

Interpreter