# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. SACR 23-00012-FWS | Date March 16, 2023 |

Present: The Honorable  FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

Interpreter  None

| Melissa H. Kunig | Debbie Hino-Spaan | Lawrence Kole |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Eugene Young | | X | X | Kelley Munoz (DFPD) | | X | X |

**PROCEEDINGS:   CHANGE OF PLEA**

X   Defendant moves to change plea to the Information.

X   Defendant sworn and states true name as charged.

X   Defendant enters new and different plea of GUILTY to the Single-Count Information.

X   Defendant sworn and the Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and Further FINDS the plea is knowledgeable and voluntarily made.   The Court ORDERS the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for investigation and preparation of the pre-sentence report and the matter is continued to **September 28, 2023, at 1:30 p.m.** for sentencing.

X   The Court further ORDERS position paper with respect to sentencing shall be filed not later than two (2) weeks prior to sentencing including service on the assigned probation officer.

X   Other: The Court vacates the pretrial conference date of March 30, 2023, and the trial date of April 11, 2023.

X   Defendant remains on bond under same terms and conditions.

                                                                                    0  :  48

Initials of Deputy Clerk   mku

**cc: USPPO**